BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorney for Defendants
LAWRENCE DALE FONG; SANDY MAE FONG;
FELIX DEAN FONG; YAN ZHEN YANG dba J & M FRESH WOK


Raymond G. Ballister, Jr.
Phyl Grace
Christopher Seabock
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA 92196-2490
(858) 375-7385
(888) 422-5191 FAX
Email: phylg@potterhandy.com


Attorneys for Plaintiff
SCOTT JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No. 2:13-cv-01431-LKK-DAD |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME TO FILE AND SERVE** |
| v. | ) **ANSWER TO COMPLAINT** |
| LAWRENCE DALE FONG; SANDY MAE FONG; FELIX DEAN FONG; YAN ZHEN YANG dba J & M FRESH WOK; and Does 1-10, | ) *Complaint filed: July 17, 2013* |
| Defendants. | ) |

     Pursuant to Local Rule 6-144 (a), Plaintiff Scott Johnson and Defendants Lawrence Dale Fong, Sandy Mae Fong, Felix Dean Fong, Yan Zhen Yang dba J & M Fresh Wok, by and through their respective attorneys of record, Phyl Grace and Brian Crone, stipulate as follows:

1.     No extension of time has been previously obtained.

2.     Defendants Lawrence Dale Fong, Sandy Mae Fong, Felix Dean Fong, Yan Zhen Yang

dba J & M Fresh Wok are granted an extension until September 3, 2013 to file their answer to Plaintiff's Complaint.

3. Defendants Lawrence Dale Fong, Sandy Mae Fong, Felix Dean Fong, Yan Zhen Yang dba J & M Fresh Wok answer will be due no later than September 3, 2013.

IT IS SO STIPULATED effective as of August 14, 2013.

Dated:  August 14, 2013                    /s/ *Brian S. Crone, Esq.*
                                           Attorney for Defendants
                                           Lawrence Dale Fong, Sandy Mae Fong, Felix
                                           Dean Fong, Yan Zhen Yang dba J & M Fresh
                                           Wok

Dated:  August 14, 2013                    /s/Phyl Grace
                                           Attorney for Plaintiff
                                           Scott Johnson

IT IS HEREBY ORDERED that Defendants Lawrence Dale Fong, Sandy Mae Fong, Felix Dean Fong, Yan Zhen Yang dba J & M Fresh Wok shall file their Answer to Plaintiff's Complaint no later than September 3, 2013.

IT IS SO ORDERED.

Dated:  August 16, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT**