CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR. SBN 111282
PHYL GRACE, ESQ. SBN 171771
9845 ERMA ROAD, SUITE 300
SAN DIEGO, CA 92131
(858) 375-7385
(888) 422-5191 FAX
PHYLG@POTTERHANDY.COM

ATTORNEYS FOR PLAINTIFF

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Lawrence Dale Fong;** <br> **Sandy Mae Fong;** <br> **Felix Dean Fong;** <br> **Yan Zhen Yang** dba J & M Fresh Wok; and Does 1-10, <br><br> Defendants | Case No.: 2:13-CV-01431-LKK-DAD <br><br> **STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |

// // //

// // //

// // //

**<u>ORDER</u>**

Stipulated Notice of Settlement        -1-        2:13-CV-01431-LKK-DAD

Having read the foregoing stipulation and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT