1  CENTER FOR DISABILITY ACCESS
   RAYMOND G. BALLISTER, JR. SBN 111282
2  PHYL GRACE, ESQ. SBN 171771
   9845 ERMA ROAD, SUITE 300
3  SAN DIEGO, CA 92131
   (858) 375-7385
4  (888) 422-5191 FAX
   PHYLG@POTTERHANDY.COM
5
   ATTORNEYS FOR PLAINTIFF
6
   Attorneys for Plaintiff, SCOTT JOHNSON
7

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:13-CV-01431-LKK-DAD |
| Plaintiff, | **STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |
| v. | |
| **Lawrence Dale Fong;** **Sandy Mae Fong;** **Felix Dean Fong;** **Yan Zhen Yang** dba J & M Fresh Wok; and Does 1-10, | |
| Defendants | |

// // //

// // //

// // //

**ORDER**

---

Stipulated Notice of Settlement              -1-              2:13-CV-01431-LKK-DAD

Having read the foregoing stipulation and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT