UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>           Plaintiff,<br><br>     v.<br><br>Lawrence Dale Fong;<br>Sandy Mae Fong;<br>Felix Dean Fong;<br>Yan Zhen Yang dba J & M Fresh Wok; and Does 1-10,<br><br>           Defendants | Case: 2:13-CV-01431-LKK-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: November 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal          Case: 2:13-CV-01431-LKK-DAD